# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-61342-RS

KIP BARNETT, individually and on behalf of
all those similarly situated,

    Plaintiff,

v.

APTIVE ENVIRONMENTAL, LLC,

    Defendant.

_____/

### **FINAL DISMISSAL WITHOUT PREJUDICE**

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 6]. Upon consideration, it is

ORDERED that:

1. This action is **DISMISSED without prejudice**.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida this 9th day of August 2022.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies to: All parties of record